IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**     **PLAINTIFF**

**v.**     **No. 3:20CV164-NBB-RP**

**UNKNOWN VERGERA, ET AL.**     **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S
### MOTION [44] TO COMPEL DISCOVERY

The plaintiff has filed a motion [44] to compel discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The defendants have responded to the motion, and the matter is ripe for resolution. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The court has already denied the plaintiff's request for discovery; as such, his request to compel that discovery is **DENIED**.

**SO ORDERED**, this, the 9th day of February, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE