IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                                **PLAINTIFF**

**v.**                                               No. 3:20CV164-NBB-RP

**UNKNOWN VERGERA, ET AL.**                            **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects. This case is **CLOSED**.

**SO ORDERED**, this, the 29th day of March, 2022.

                                                           /s/ Neal Biggers
                                                           NEAL B. BIGGERS
                                                           SENIOR U. S. DISTRICT JUDGE