**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THADDEUS L. JARVIS**                                                    **PLAINTIFF**

**v.**                                                    **No. 3:20CV164-NBB-RP**

**UNKNOWN VERGERA, ET AL.**                                        **DEFENDANTS**


**ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTION [70] TO
FORWARD RECORD ON APPPEAL AND MOTION [71] FOR A COPY OF THE
DOCKET TO PREPARE FOR APPEAL**

This matter comes before the court on the motion [70] by the plaintiff to forward the record on appeal and for a copy of the court's docket so that he may prosecute his appeal. As the court recently granted the plaintiff's motion under Fed. R. Civ. P. 59(e) to alter or amend judgment and reinstated the instant case, the instant motions [70], [71] are **DISMISSED** as moot.

**SO ORDERED**, this, the 14th day of September, 2022.


/s/    Roy Percy
UNITED STATES MAGISTRATE JUDGE