# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THADDEUS L. JARVIS**                                                                               **PLAINTIFF**

**v.**                                                       **No. 3:20CV164-NBB-RP**

**UNKNOWN VERGERA, ET AL.**                                           **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S REQUESTS [73], [75], [76], [77]
### FOR A COPY OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;
### SETTING DEADLINE TO RESPOND TO THE MOTION

This matter comes before the court on the plaintiff's motions [73], [75], [76], [77] notifying the court that he has not yet received a copy of the defendants' motion for summary judgment and seeking various forms of relief. The court set a deadline of August 31, 2022, for the plaintiff to respond to the summary judgment motion; however, the plaintiff has been unable to do so without a copy of the motion. As such, the Clerk of the Court is **DIRECTED** to send the plaintiff a copy of the defendants' motion for summary judgment.

The plaintiff's motions [73], [75], [76], [77] for a copy of the motion for summary judgment so that he may properly respond are **GRANTED.**[1] *The new deadline for the plaintiff to respond to the motion is 21 days from the date of this order.*

**SO ORDERED**, this, the 14th day of September, 2022.

                                                                      /s/ Roy Percy
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that the motions may seek other forms of relief, those requests are moot in light of the instant order.